IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Lauren E. Suggs,<br><br>Plaintiff(s),<br><br>vs.<br><br>Greenville Technical College,<br><br>Defendant(s). | C.A. No.: 6:25-cv-00264-DCC<br><br><br>**DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant Greenville Technical College (hereinafter "Defendant") by and through its undersigned counsel, hereby submit its responses to Local Civil Rule 26.01 D.S.C. Interrogatories, as follows:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Answer:** **None.**

B. As to each claim, state whether it should be tried jury or nonjury and why.

**Answer:** **Defendant does not object to Plaintiff's request for a jury trial as to each claim.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Answer:** **Defendant is not a publicly owned company.**

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Answer:     Defendant is located in Greenville County which is in the Greenville Division of the United States District Court for the District of South Carolina. Further, the conduct of which Plaintiff alleges in the Complaint occurred in Greenville County.**

E.      Is the action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters is related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arose from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Answer:     This action is not related, in whole or in part, to any other matter filed in the District Court of South Carolina.**

F.      [Defendants only]. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**Answer:     The Defendant is properly identified.**

G.  [Defendants only]. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

    **Answer:**   **None.**

**BOYKIN & DAVIS, LLC**

By: s/Tierney F. Goodwyn
Charles J. Boykin (Fed. I.D. No. 6310)
Kenneth A. Davis (Fed. I.D. No. 9048)
Tierney F. Goodwyn (Fed I.D. No. 12146)

P.O. Box 11844
Columbia, SC 29211
Telephone: (803) 254-0707
Facsimile: (803) 254-5609

cjboykin@boykinlawsc.com
kdavis@boykinlawsc.com
tgoodwyn@boykinlawsc.com

Attorneys for Defendant

May 2, 2025